**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | ANADA, INC. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-0542426 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 345 W. Washington Avenue, Suite 400A<br>Madison, WI 53703<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Dane<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **ANADA, INC.**  Case number *(if known)* _____
        Name

---

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor  **ANADA, INC.** _____    Case number (if known) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
  ☐ No
  ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** _____  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in this district?**
Check all that apply:
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor   **ANADA, INC.**                                                                     Case number (*if known*)
         Name

| 16. Estimated liabilities | ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **ANADA, INC.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/05/2024
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  **President**

**ANADA, INC.**

**David Rettig**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  04/08/2024
MM / DD / YYYY

**Kristin J. Sederholm 1001895**
Printed name

**Krekeler Law, S.C.**
Firm name

**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
Number, Street, City, State & ZIP Code

Contact phone  **608-258-8555**    Email address  **ksederho@ks-lawfirm.com**

**1001895 WI**
Bar number and State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 5

Debtor **ANADA, INC.** _____ Case number _(if known)_ _____
       Name

| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WISCONSIN |
| Case number _(if known)_ _____  Chapter __11__ |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **OvaInnovations, LLC** | | Relationship to you | **Affiliate** |
| --- | --- | --- | --- | --- |
| District | **Western District of Wisconsin** | When _____ | Case number, if known | |
| Debtor | **Crimson Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Western District of Wisconsin** | When _____ | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 6

**ANADA, INC.**, has not prepared a recent balance sheet, statement of operations, or cash flow statement. Last balance sheet or other financial documents were prepared in _February 29, 2024_.

                                                             **ANADA, INC.**

Date: April _5_, 2024                             BY: David Rettig, President

**Balance Sheet**
**As of February 29, 2024**

| Assets | JAN | FEB |
|---|---:|---:|
| **Current Assets** | | |
| Total Cash | 725,017 | 528,537 |
| Account Receivable | 3,250,185 | 1,395,324 |
| Inventories | 1,187,256 | 1,350,229 |
| Security Deposit | 488,830 | 488,830 |
| **Total Current Assets** | **5,651,288** | **3,762,920** |
| | | |
| Property, Plant and Equipment | 13,265,642 | 13,326,817 |
| Accumulated Depreciation | (1,723,333) | (1,793,333) |
| | | |
| **Total Assets** | **17,193,597** | **15,296,404** |
| | | |
| **Liabilities** | | |
| | | |
| **Current Liabilities** | | |
| Accounts Payable | 7,227,471 | 6,429,575 |
| Short-term Loans | 1,970,000 | 1,770,000 |
| Taxes Payable | 354,365 | 380,770 |
| Accrued Expenses | 567,832 | 554,438 |
| Lease Liability - ST | 2,880,640 | 2,988,974 |
| Legal Settlement - ST | 3,050,000 | 4,050,000 |
| **Total Current Liabilities** | **16,050,308** | **16,173,757** |
| | | |
| **Longterm Liabilities** | | |
| Mortgage | 2,265,000 | 2,265,000 |
| Notes Payable | 2,412,500 | 2,412,500 |
| Lease Liability - LT | 2,685,974 | 2,638,749 |
| Legal Settlement - LT | 6,500,000 | 6,500,000 |
| **Total Longterm Liabilities** | **13,863,474** | **13,816,249** |
| | | |
| **Total Liabilities** | **29,913,782** | **29,990,006** |
| | | |
| Current Ratio | 0.57 | 0.51 |
| Quick Ratio | 0.28 | 0.15 |
| Cash Ratio | 0.05 | 0.03 |
| | | |
| **Shareholders' Equity** | | |
| Share Capital | 9,188,471 | 9,188,471 |
| Retained Earnings | (21,017,381) | (21,017,381) |
| Net Income / (Loss) | (891,275) | (2,864,692) |
| **Total Shareholders' Equity** | **(12,720,185)** | **(14,693,602)** |
| | | |
| Return on Equity | 0.07 | 0.19 |
| | | |
| **Total Liabilities & Shareholders' Equity** | **17,193,597** | **15,296,404** |

Income Statement
As of February 29, 2024
DRAFT COPY

| | JANUARY | | | FEBRUARY | | | YTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | BUDGET | VARIANCE | ACTUAL | BUDGET | VARIANCE | ACTUAL | BUDGET | VARIANCE |
| **EDIBLE** | | | | | | | | | |
| Sales - Edible | 231,503 | 682,348 | (450,845) | 275,002 | 682,348 | (407,346) | 506,505 | 1,364,696 | (858,191) |
| Supply - Edible | 50,190 | 462,500 | (412,310) | 105,565 | 462,500 | (356,935) | 155,755 | 925,000 | (769,245) |
| **Edible Profit** | 181,313 | 219,848 | (38,535) | 169,437 | 219,848 | (50,411) | 662,260 | 2,289,696 | (1,627,436) |
| Edible Margin | 78.3% | 32.2% | 46.1% | 61.6% | 32.2% | 29.4% | 130.8% | 167.8% | -37.0% |
| **INEDIBLE** | | | | | | | | | |
| Sales - Inedible | 1,169,045 | 1,343,664 | (174,619) | 1,120,319 | 1,343,664 | (223,345) | 2,289,364 | 2,687,328 | (397,964) |
| Supply - Inedible | 177,373 | 277,181 | (99,808) | 278,752 | 277,181 | 1,571 | 456,125 | 554,362 | (98,237) |
| Production | | | | | | | | | |
| COGS - Salaries & Labor | 215,926 | 199,953 | 15,973 | 195,900 | 199,953 | (4,053) | 411,826 | 399,906 | 11,920 |
| COGS - Packaging & Supplies | 109,701 | 107,053 | 2,648 | 159,353 | 107,053 | 52,300 | 269,054 | 214,106 | 54,948 |
| COGS - Utilities | 103,063 | 85,000 | 18,063 | 88,655 | 85,000 | 3,655 | 191,718 | 170,000 | 21,718 |
| COGS - General - Disposal | 19,542 | 10,000 | 9,542 | 44,193 | 10,000 | 34,193 | 63,735 | 20,000 | 43,735 |
| COGS - Other Expenses | 31,992 | 26,000 | 5,992 | 139,594 | 26,000 | 113,594 | 171,586 | 52,000 | 119,586 |
| COGS - Inventory Consumed | 182,139 | 150,000 | 32,139 | 73,104 | 150,000 | (76,896) | 255,243 | 300,000 | (44,757) |
| Total Production | 662,363 | 578,006 | 84,357 | 700,799 | 578,006 | 122,793 | 1,363,162 | 1,156,012 | 207,150 |
| Freight | | | | | | | | | |
| Inbound Freight | 220,588 | 213,586 | 7,002 | 171,895 | 213,586 | (41,691) | 392,483 | 427,172 | (34,689) |
| Outbound Freight - Totes/Barrels | 77,982 | 69,257 | 8,725 | 61,455 | 69,257 | (7,802) | 139,437 | 138,514 | 923 |
| Outbound Freight - Misc | 10,269 | 10,000 | 269 | 20,403 | 10,000 | 10,403 | 30,672 | 20,000 | 10,672 |
| Total Freight | 308,839 | 292,843 | 15,996 | 253,753 | 292,843 | (39,090) | 562,592 | 585,686 | (23,094) |
| **Inedible Profit** | 20,470 | 195,634 | (175,164) | (112,985) | 195,634 | (308,619) | (92,515) | 391,268 | (483,783) |
| Inedible Margin | 1.8% | 14.6% | -12.8% | -10.1% | 14.6% | -24.6% | -4.0% | 14.6% | -18.6% |
| Total Sales | 1,400,548 | 2,026,012 | (625,464) | 1,395,321 | 2,026,012 | (630,691) | 2,795,869 | 4,052,024 | (1,256,155) |
| Total COGS | 1,198,765 | 1,610,530 | (411,765) | 1,338,869 | 1,610,530 | (271,661) | 2,537,634 | 3,221,060 | (683,426) |
| **Gross Profit** | 201,783 | 415,482 | (213,699) | 56,452 | 415,482 | (359,030) | 258,235 | 830,964 | (572,729) |
| Gross Margin | 14.4% | 20.5% | -6.1% | 4.0% | 20.5% | -16.5% | 9.2% | 20.5% | -11.3% |
| **OPERATING EXPENSES** | | | | | | | | | |
| Salaries | 260,201 | 271,842 | (11,641) | 220,548 | 209,807 | 10,741 | 480,749 | 481,649 | (900) |
| Consultants | 78,300 | 29,600 | 48,700 | 66,662 | 29,600 | 37,062 | 144,962 | 59,200 | 85,762 |
| Legal Expenses | 75,769 | 33,367 | 42,402 | 196,759 | 33,367 | 163,392 | 272,528 | 66,734 | 205,794 |
| Bank Expenses | 157,229 | 2,000 | 155,229 | 451 | 2,000 | (1,549) | 157,680 | 4,000 | 153,680 |
| Rent & Lease | 251,121 | 19,000 | 232,121 | 272,672 | 19,000 | 253,672 | 523,793 | 38,000 | 485,793 |
| Other Expenses | 64,655 | 56,667 | 7,988 | 70,471 | 56,667 | 13,804 | 135,126 | 113,334 | 21,792 |
| **Total Operating Expenses** | 887,275 | 412,476 | 474,799 | 827,563 | 350,441 | 477,122 | 1,714,838 | 762,917 | 951,921 |
| **EBITDA** | (685,492) | 3,006 | (688,498) | (771,111) | 65,041 | (836,152) | (1,456,603) | 68,047 | (1,524,650) |
| Depreciation Expense | 70,000 | 70,000 | - | 70,000 | 70,000 | - | 140,000 | 140,000 | - |
| Equipment Lease Amortization | 487 | 183,833 | (183,346) | 13,600 | 183,833 | (170,233) | 14,087 | 367,666 | (353,579) |
| **EBIT** | (755,979) | (250,827) | (505,152) | (854,711) | (188,792) | (665,919) | (1,610,690) | (439,619) | (1,171,071) |
| Operating Margin | -54.0% | -12.4% | -41.6% | -61.3% | -9.3% | -51.9% | -57.6% | -10.8% | -46.8% |
| Net Interest Expense/Income | 115,292 | 84,000 | 31,292 | 112,598 | 84,000 | 28,598 | 227,890 | 168,000 | 59,890 |
| Income Tax | 20,000 | - | 20,000 | 20,000 | - | 20,000 | 40,000 | - | 40,000 |
| Non-Operational Expense | - | - | - | 1,000,000 | - | 1,000,000 | 1,000,000 | - | 1,000,000 |
| **Net Income (Loss)** | (891,271) | (334,827) | (556,444) | (1,987,309) | (272,792) | (1,714,517) | (2,878,580) | (607,619) | (2,270,961) |
| Net Margin | -63.6% | -16.5% | -47.1% | -142.4% | -13.5% | -129.0% | -103.0% | -15.0% | -88.0% |
| Inedible - per dry lb. | 580,201 | 843,333 | (263,132) | 575,314 | 843,333 | (268,019) | 1,155,515 | 1,686,667 | (531,152) |
| Sales - Inedible | 2.01 | 1.59 | 0.42 | 1.95 | 1.59 | 0.35 | 1.98 | 1.59 | 0.39 |
| COGS - Inedible | 1.98 | 1.36 | 0.62 | 2.14 | 1.36 | 0.78 | 2.06 | 1.36 | 0.70 |
| Supply - Inedible | 0.31 | 0.33 | (0.02) | 0.48 | 0.33 | 0.16 | 0.39 | 0.33 | 0.07 |
| Production | 1.14 | 0.69 | 0.46 | 1.22 | 0.69 | 0.53 | 1.18 | 0.69 | 0.49 |
| Freight | 0.53 | 0.35 | 0.19 | 0.44 | 0.35 | 0.09 | 0.49 | 0.35 | 0.14 |
| Inedible Margin | 0.04 | 0.23 | (0.20) | (0.20) | 0.23 | (0.43) | (0.08) | 0.23 | (0.31) |

**Cash Flow Statement**
**As of February 29, 2024**

|  | JAN | FEB |
|---|---:|---:|
| **Operating Activities, Cash Flows Provided by or Used in:** | | |
| Net Income | (891,275) | (1,973,418) |
| Depreciation and Amortization | 70,000 | 70,000 |
| Decrease (Increase) in Accounts Receivable | 1,758,384 | 1,954,626 |
| Increase (Decrease) in Accounts Payable | 313,846 | (897,661) |
| Increase (Decrease) in Tax Payable | 26,406 | 26,406 |
| Decrease (Increase) in Inventories | 45,317 | (162,973) |
| Increase (Decrease) in Other Operating Activities | 2,532,574 | 1,094,940 |
| **Net Cash Flows From Operating Activities** | **3,855,252** | **111,920** |
| **Investing Activities, Cash Flows Provided by or Used in:** | | |
| Capital Expenditures | (462,612) | (61,175) |
| Investments | - | - |
| Other Cash Flows from Investing Activities | (2,778,586) | (47,224) |
| **Net Cash Flows from Investing Activities** | **(3,241,198)** | **(108,399)** |
| **Financing Activities, Cash Flows Provided by or Used in:** | | |
| Series A Funding | - | - |
| Sale (Repurchase) of Stock | - | - |
| Debt Conversion to Equity | - | - |
| Long-term & Short-term Debt | (708,040) | (200,000) |
| **Net Cash Flows from Financing Activities** | **(708,040)** | **(200,000)** |
| **Net Increase (Decrease) in Cash and Cash Equivalents:** | **(93,986)** | **(196,479)** |
| Cash at Beginning | 819,004 | 725,018 |
| **Cash at End** | **725,018** | **528,539** |

Fill in this information to identify the case:

Debtor name: **ANADA, INC.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WISCONSIN**
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | | 2022 State tax | | | | $127,689.00 |
| Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | | 2023 Estimated State tax | | | | $113,480.00 |
| Massachusetts Revenue Department<br>19 Staniford Street<br>Boston, MA 02114 | | 2022 State tax | | | | $2,981.00 |
| Massachusetts Revenue Department<br>19 Staniford Street<br>Boston, MA 02114 | | 2023 Estimated State tax | | | | $2,540.00 |
| Georgia Department of Revenue<br>1800 Century Boulevard<br>Atlanta, GA 30345 | | 2022 State tax | | | | $1,058.00 |
| Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>P.O. Box 8901<br>Madison, WI 53708-8901 | | 2022 State Tax | | | | $260.00 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

Debtor **ANADA, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| North Carolina Department of Revenue<br>PO Box 25000<br>Raleigh, NC 27640-0640 | | 2022 State tax | | | | $242.00 |

## United States Bankruptcy Court
**Western District of Wisconsin**

In re  ANADA, INC.  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _April 5th, 2024_

_____  
David Rettig/President  
Signer/Title

```
Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

Balanced Management LLC
ATTN:  Tim Koch, CFO
1400 N. Cleveland Avenue
Sioux Falls, SD 57103

Balanced Management LLC
c/o Justin Cooper
441 Lexington Avenue, 18th Floor
New York, NY 10017

Balanced Management LLC
1800 Second Street, Unit 603
Sarasota, FL 34236

Camber Road Partners Inc.
4999 France Avenue S, Suite 216
Minneapolis, MN 55401

Crimson Holdings, LLC
1336 Maumee Street
Adrian, MI 49221
```

```
Georgia Department of Revenue
1800 Century Boulevard
Atlanta, GA 30345

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

Massachusetts Revenue Department
19 Staniford Street
Boston, MA 02114

Massachusetts Revenue Department
Payment address
PO Box 7003
Boston, MA 02204

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0640

North Carolina Department of Revenue
PO Box R
Raleigh, NC 27634-0001

OvaInnovations, LLC
316 West Washington Avenue, Suite 500
Madison, WI 53703

Attorney Patrick A. Watts
Martin Golden Lyons Watts Morgan
1200 S. Big Bend Boulevard
Saint Louis, MO 63117

Wisconsin Department of Revenue
ATTN: Bankruptcy Unit, MS 5-144
P.O. Box 8901
Madison, WI 53708-8901
```