**Fill in this information to identify the case:**

Debtor name    **CRIMSON HOLDINGS, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-10664**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒    *Schedule H: Codebtors* (Official Form 206H)

☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒    Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

**CRIMSON HOLDINGS, LLC**
**By: ANADA, INC., Sole Member**

Executed on    4·24·2024          X _____
                                   Signature of individual signing on behalf of debtor

                                   **David Rettig**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Committees'
Exhibit
3
6-14-2024

Fill in this information to identify the case:

Debtor name    **Crimson Holdings LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-10664**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $    **2,400,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $    **1,754,093.07**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $    **4,154,093.07**

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $    **2,355,770.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **65,989.49**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **2,986,807.81**

4. **Total liabilities** ..............................................................................................................................
    Lines 2 + 3a + 3b    $    **5,408,567.30**

Committees' Exhibit
3
6-14-2024

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Crimson Holdings LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN |
| Case number (if known) | **24-10664** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO Harris Bank NA:  DIP account opened and funds transferred from First Dakota National Bank, acct no. 0390 on 04/16/2024** | **Debtor in Possession (DIP)** | **5071** | **$225,552.29** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                              **$225,552.29**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **CSC Leasing security deposit** | **$182,294.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property

Committees' Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number *(If known)* **24-10664** |
|---|---|---|
| | Name | |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$182,294.00**

Part 3: **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Part 4: **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Part 5: **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** **Inventory Control (Egg Production Components and Liq Egg) - value based off purchase price** | | $231,316.78 | | $231,316.78 |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** | | | | |
| **22.** | **Other inventory or supplies** **Miscellaneous office supplies** | | $100.00 | | $100.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

**$231,416.78**

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value     **19,676.00**   Valuation method _____   Current Value   **19,676.00**

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property

Committees'
Exhibit
3
6-14-2024

Debtor  **Crimson Holdings LLC**                                    Case number *(If known)*  **24-10664**
Name

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **7-Office desks with 7 chairs ($40/each)** | **$280.00** | | **$280.00** |
| **5 Cubical desks with chairs ($40/each)** | **$200.00** | | **$200.00** |
| **3 small round tables ($15); 6 miscellaneous chairs ($30); 1 Conference table with 10 cahirs ($100); 7 file cabinets ($35); 3 Metal storage cabinets ($30); 2 minifridges ($40); 1 microwave ($10)** | **$260.00** | | **$260.00** |
| **40.** **Office fixtures** | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software **12 laptops ($300); 13 Monitors ($65); 3 small office printers ($75); 1 large office printer ($50); 2 think center monitors ($50); 2 flatscreen monitors ($50)** | **$590.00** | | **$590.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                      | **$1,330.00** |
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number *(If known)* **24-10664** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **1995 Mack Tractor, Model 600,<br>VIN#1M1AA13Y4SW049873 (Titled in<br>State of Michigan); not highway road<br>worthy; used on company site to<br>transport/hauling inventory back and<br>forth in plant.** | $5,000.00 | Comparable sale | $5,000.00 |
| 47.2. **1995 Stoughton Trailer,<br>VIN#1DW1A5324SS905161 (Titled in<br>State of Michigan); Trailer used with<br>1995 Mack for hauling in plant.** | $2,000.00 | Comparable sale | $2,000.00 |
| 47.3. **2001 Wabash National Trailer,<br>VIN#1JJV532WX1L734954 (Titled in<br>State of Michigan); trailer sitting at plant<br>and used for extra storage space.** | $2,000.00 | Comparable sale | $2,000.00 |

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

| | | | |
|---|---|---|---|
| **50.** Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>**Tanker Bay: Pump Down Centrifugal Motor<br>Inline Filtration and EZ Series PLC<br>with Variable Drives** | $3,500.00 | Liquidation | $3,500.00 |
| **Raw receiving room contents: Digestive<br>Organics filter system with all attachments** | $237,000.00 | Liquidation | $237,000.00 |
| **Maintence and Parts:  Maintenance Shop, (3)<br>Miller Tig Welders, (2) Drill Presses, (5)<br>Craftsman Tool Kits and DeWalt Hand Tools;<br>Maintenance Shop Spare Parts, Assorted<br>MRO; Dayton Band Saw, 9 x 16 Ridged 300<br>Pipe Threader** | $40,000.00 | Liquidation | $40,000.00 |
| **Waste Water:  2013 Martin Environmental DAF<br>Wastewater with (2) Precision Flow Centrifugal<br>Pumps 10 HP Motor and (2) Holding Tanks<br>3,000 Gallon and Chem Treat Inc. PLC by<br>Premier Systems** | $15,000.00 | Liquidation | $15,000.00 |



Committees'
Exhibit
3
6-14-2024

Debtor    **Crimson Holdings LLC**                              Case number *(if known)* **24-10664**
         Name

| | | | |
|---|---|---|---|
| **Barrel Receiving System: VINCENT Screw Press, Model: KP-10, S/N: 1135 3-B with Hinged Lid Balance Tank w, Inline S/S Filter and Skid Mounted Fristam Positive Displacement Pump, Model: FKL50A, S/N: FKL 50A2106041; Klenzmation CIP System Single Tank, CIP Skid Mounted with Tube Heat Exchange; Klenzmation CIP System Single Tank, CIP Skid Mounted with Tube Heat Exchange Mobile Foam Cleaning Station; Expert Process Systems Tote Dumper with Auger Receiving Bay, 10' x 3'; Chemical Feed Pump System** | $50,000.00 | Liquidation | $50,000.00 |
| **50 Pound Packaging Line: Hytrol Roller Conveyor, 48" x 48"; Mettler Toledo Metal Detector, Model: M31R with Colby Power Conveyor; Hytrol Incline Belt Conveyor, 4'; Hytrol Conveyor Pusher and Belt Conveyor, 20' AMS 50 LB Bag Filling System with Hytrol Belt Conveyor with Fischbein Seamer, Model: PBC6000 (Combine with Mettler)** | $80,000.00 | Liquidation | $80,000.00 |
| **Dry Goods: Lantech Q Series Pallet Wrapper (Parts Machine); Predator S/S Simplified Stretch Wrapper; Assorted Idle Equipment 300 Gallon Kettle, Safeline Metal Detector, 1,000 Gallon CIP Tank, Skid Mounted Fristam Positive Displacement Pump, Model: FKL75A with Washdown Baldor 10 HP Motor** | $20,000.00 | Liquidation | $20,000.00 |
| **Utility Support: Gardner Denver Air Compressor, Model: RE5675A7EN1DFR (63,163 Hours) with Vertical Air Dryer Tanks; 2016 Garnder Denver Air Compressor, Model: GDL90RS-13A, S/N:S490915 (57,104 Hours); Kaeser Air Compressor SFC 75 ST (122 PSI) ABT 122; Nissan 3-Stage Side Shift Propane Fork Truck; Spare Pumps and Motors (4) Vilter Ammonia Compressor, Model: VMC450XL; Glycol Chiller; Chemical Feed Tank; 1996 Cleaver Brooks Packaged Boiler, Model: CB700-200S, S/N: L-95737 (150 PSI); 1975 Cleaver Brooks Packaged Boiler, Model: CB-400-350, S/N: L-61261 (150 PSI); 2016 Cleaver Brooks Packaged Boiler, Model: CBLE-700-500-150ST, S/N: 15524-1-1 (150 PSI); Water Tanks; 50,000 Gallon Waste Water Silo; 8,000 Gallon Sludge Tank Silo; Glycol Chiller for RO, 20 Ton STL 332 (150 PSI); 1985 Glycol Chiller for Dryer, 30 Ton SLT 333 (150 PSI); BAC Cooling Tower** | $250,000.00 | Liquidation | $250,000.00 |



Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number *(if known)* | **24-10664** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| Old Receiving Bay: Fristam Centrifugal Pump with 280 HP Motor; Assorted Egg Tote Dumper and MPC RO System with 4" Tubes and VINCENT Screw Press; Fristam Centrifugal Pump FPX1151-280; 3-Tank 300 Gallon CIP System with (2) Fristam Centrifugal Pump, Tube Heat Exchanger, Skid Mounted, 5' x 5'; (9) Pentair Sudmo Intellitop and 20 Valve Cluster; (6) Pentair Valve Cluster Sudmo | | $60,000.00 | Liquidation | $60,000.00 |
| Bulk Chemical: (3) Bulk Storage Tanks: 6,000 Gallon and (2) 2,000 Gallon with Centrifugal Pumps | | $8,500.00 | Liquidation | $8,500.00 |
| Dryer:  Dryer Surge Tank 1,500 Gallon with Vertical Agitation; 200 Gallon Hinged Lid Balance Tank; 13' 24 Holding Tubes; COP Trough, 12' x 14"; Gaulin High Pressure Pump for Dryer , Model: 990MSP18 5TPS, S/N: 11839749; (2) Effect Evaporator (Out of Service); Marriott Walker 1984 Dryer, 35' with Integrated Bag House; Dryer Air Inlet and Heat Recovery through Roof; Spray Dryer Silo - Max output 3,500 pounds per hour. Main Silo; 25,000 pounds of egg storage with 6' swiftco shifter | | $150,000.00 | Liquidation | $150,000.00 |
| Dry Warehouse: Dry Warehouse and 4 Rows of 6 Sections of Pallet Racking; (2) Fork Trucks | | $15,000.00 | Liquidation | $15,000.00 |
| Lab: Perten Powder Analyzer , Model: ADR02; Phoenix Black CEM Oven; FOSS NIRS, Model: DS2500F; Powder Analyzer Perkin Elmer , Model: DA72SD | | $35,000.00 | Liquidation | $35,000.00 |
| Tank Storage:  Dairy Craft 30,000 Gallon Water Tank, S/N: 77J3496; DCI 10,000 Gallon Silo with Vertical Agitation, Condensed Skim Tank, S/N: 88-D-36295-A | | $50,000.00 | Liquidation | $50,000.00 |
| Dry Packaging: VAC-U-MAX Dust Collector; Super Sac Filler with Shifter | | $90,500.00 | Liquidation | $90,500.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$1,113,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

Committees'
Exhibit
3
6-14-2024

Debtor   **Crimson Holdings LLC**                                  Case number *(If known)*  **24-10664**
         Name

<hr>

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1336 East Maumee Street, Adrian, MI 49221**<br>**October 2023**<br>**Appraisal by Newark:**<br>**$2,400,000**<br>**Parcel Number XA0-345-0004-01 (West Parcel)**<br>**Parcel Number XA0-230-1005-02 (314 Gulf St, Adrian, MI, well pump house)**<br>**Parcel Number XA0-345-0012-01 (East Parcel)** | **Fee simple** | **$2,400,000.00** | **Appraisal** | **$2,400,000.00** |

<hr>

56.     **Total of Part 9.**                                                                                  $2,400,000.00

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☐ No
        ■ Yes

<hr>

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.     **Patents, copyrights, trademarks, and trade secrets**

61.     **Internet domain names and websites**

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number *(If known)* **24-10664** | |
|---|---|---|---|
| | Name | | |

|  | | | |
|---|---|---|---|
| | 1. crimsonhldg.com - no website yet; renews June 30; registrar is Google/Squarespace; registrant is David Rettig<br>2. crimsoncares.com - website (active); renews Dec 14; registrar is GoDaddy.com; registrant is David Rettig | Unknown | Unknown |
| 62. | Licenses, franchises, and royalties<br>**Michigan Department of Environment, Great Lakes, and Enercy Air Quality Division permit to install 38-06A Emission Unit; State Registration No. E8117 dated 01/30/2024.** | $0.00 | $0.00 |
| | **Texas Commercial Feed License; License No. 710884-3; to manufacture, sell, and distribute all classes of commercial feed; dated 04/05/2023.** | $0.00 | $0.00 |
| | **MOSA Organic Certificate #13460 issued 02/08/2023 and certified to the USDA organic regulations, 7CFR Part 205 for the following categoried: Handler and Certified Organic Products/Services: Processing, packaging, and labeling of eff products for pet food - "Organic": Dried Whole egg.** | $0.00 | $0.00 |
| | **USDA license to and listed by APHIS for endorsement of export products dated 04/12/2023, to be renewed annually:**<br>**#1: Listed under 142/2011 as a pet food ingredients facility to supply the following ingrediants to US Manufacturers of processed pet food/dog chews/flavoring innards for the EU to be adde before heat-treatment: chicken - liquid egg, spray dried egg; #2: Listed under 142/2011 to manufature dry and liquid flavoring innards for export to EU on the 3(E) certificate.** | $0.00 | $0.00 |
| | **Michigan Department of Agriculture and Rural Development Pesticide and Plant Pest Management Division; Commercial Feed Manufacturer's/Distributor's License: Animal feed license no. 6625 issued 07/01/2023; expires 06/30/2024.** | $0.00 | $0.00 |

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. **Total of Part 10.** | | | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 10'

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property

Committees' Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number *(if known)* **24-10664** |
|---|---|---|
| | Name | |

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**　　**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Committees'
Exhibit
3
6-14-2024

Debtor  **Crimson Holdings LLC**                                    Case number *(If known)* **24-10664**
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $225,552.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $182,294.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $231,416.78 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,330.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,113,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $2,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,754,093.07 | + 91b. $2,400,000.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92        $4,154,093.07

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property

Committees'
Exhibit
3
6-14-2024

| Fill in this information to identify the case: |
|---|

Debtor name    **Crimson Holdings LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-10664**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**   **City of Adrian**
Creditor's Name

135 E. Maumee Street
**ATTN: Utilities Office**
**Adrian, MI 49221**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July 2022**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Consent Judgment in State of MI, Case No. 4:23-cv-11392-SDK-EAS; balance remaining on settlement payments secured by real estate.**

Describe the lien
**Judgment Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,000.00**      **$2,400,000.00**

**2.2**   **Dairy Farmers of America, Inc.**
Creditor's Name

**1405 N. 98th Street**
**Kansas City, KS 66111**
Creditor's mailing address

**kstrathman@dfamilk.com**
Creditor's email address, if known

**Date debt was incurred**
**11/30/2021**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**1336 Maumee, Adrian MI: $2,400,000;**
**Equipment: $1,104,500**

Describe the lien
**First Mortgage/Lien on personal property**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$2,265,000.00**      **$3,504,500.00**

---

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property

Committees' Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | 24-10664 |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **IsoNova Technologies LLC**
Creditor's Name

**3801 E Sunshine Street**
**Springfield, MO 65809-2800**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2020**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Debtor is Guarantor w/2nd Mtg securing note for $9,500,000**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**     **$44,230.00**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **IsoNova Technologies LLC**
Creditor's Name

**3801 E Sunshine Street**
**Springfield, MO 65809-2800**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2020**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Commercial security agreement; lien not perfected**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**     **Unknown**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.5** **Lenawee County Treasurer**
Creditor's Name

**301 N. Main Street**
**Adrian, MI 49221**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1336 East Maumee Street, Adrian, MI 49221**
**Owes the 2023 second half of real estate taxes due 07/31/2024**

Describe the lien
**Real Estate Taxes**

**$40,770.00**     **$2,400,000.00**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number (if known) | **24-10664** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**2023**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$2,355,770.00**

---

Part 2: **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney Jeffery J. Sattler**<br>**Schafer & Weiner, PLLC**<br>**40950 Woodward Avenue, Suite 100**<br>**Bloomfield Hills, MI 48304** | Line **2.1** | **jsattler@schafera<br>ndweiner.com** |
| **Attorney N. Bailey**<br>**Stafford Rosenbaum**<br>**222 W Washington Ave**<br>**PO Box 1784**<br>**Madison, WI 53701** | Line **2.3** | |
| **Attorney Burke Castleberry**<br>**Castleberry & Lucas Law**<br>**7577 US-12**<br>**Onsted, MI 49265** | Line **2.1** | **burke@castleberr<br>ylucas.com** |
| **Attorney John J. Stockdale, Jr.**<br>**Schafer & Weiner, PLLC**<br>**40950 Woodward Avenue, Suite 100**<br>**Bloomfield Hills, MI 48304** | Line **2.1** | |
| **Attorney Benjamin C. Struby**<br>**Lathrop GPM**<br>**2345 Grand Blvd, Suite 2200**<br>**Kansas City, MO 64108** | Line **2.2** | |
| **Attorney Iana Vladimirova**<br>**Stafford Rosenbaum**<br>**222 W Washington Ave**<br>**PO Box 1784**<br>**Madison, WI 53701** | Line **2.3** | |

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Committees'
Exhibit
3
6-14-2024

Fill in this information to identify the case:

Debtor name **Crimson Holdings LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **24-10664**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Ashley R. Boley**<br>**1125 Walker Street**<br>**Jackson, MI 49202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,017.90** | **$3,017.90** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**David Bondsteel**<br>**819 E Butler Street, Apt 4**<br>**Adrian, MI 49221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,716.25** | **$1,716.25** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |  |  |

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | 24-10664 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,419.76** | **$2,419.76** |
|---|---|---|---|---|
| | **George Cotterall** | *Check all that apply.* | | |
| | **2156 Allan Street** | ☐ Contingent | | |
| | **Adrian, MI 49221** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|
| | **Darin Coveart** | *Check all that apply.* | | |
| | **150 Bloomfield Blvd** | ☐ Contingent | | |
| | **Brooklyn, MI 49230** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,687.17** | **$1,687.17** |
|---|---|---|---|---|
| | **William Cox** | *Check all that apply.* | | |
| | **147 Lafayette Street** | ☐ Contingent | | |
| | **Hudson, MI 49247** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | 24-10664 |
|---|---|---|---|
| | Name | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,447.40 | $2,447.40 |
|---|---|---|---|---|
| | **Norman E. Davis** | *Check all that apply.* | | |
| | **17610 Quaker Road** | ☐ Contingent | | |
| | **Hudson, MI 49247** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,856.27 | $2,856.27 |
|---|---|---|---|---|
| | **Teresa M. Etter** | *Check all that apply.* | | |
| | **11160 W Ridgeville Road** | ☐ Contingent | | |
| | **Morenci, MI 49256** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,542.83 | $2,542.83 |
|---|---|---|---|---|
| | **Douglas Fowler** | *Check all that apply.* | | |
| | **4480 Meridian Road** | ☐ Contingent | | |
| | **Addison, MI 49220** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | 24-10664 | |
|---|---|---|---|---|
| | Name | | | |

---

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,390.39 | $2,390.39 |
|---|---|---|---|
| **Jeremy Frost** | *Check all that apply.* | | |
| **201 S Church Street** | ☐ Contingent | | |
| **Hudson, MI 49247** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.87 | $146.87 |
|---|---|---|---|
| **Jeremy Frost** | *Check all that apply.* | | |
| **201 S Church Street** | ☐ Contingent | | |
| **Hudson, MI 49247** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Reimbursement expense paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.11**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,558.16 | $2,558.16 |
|---|---|---|---|
| **Esteban D. Galaviz** | *Check all that apply.* | | |
| **261 Au Sable River Court** | ☐ Contingent | | |
| **Adrian, MI 49221** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Committees'
Exhibit
3
6-14-2024

   Case 3:24-10664-djm   Doc 36   Filed 04/07/24   Entered 04/07/24 15:42:12   Desc Main
   Document   Page 20 of 52

| Debtor | **Crimson Holdings LLC** | Case number (if known) | **24-10664** |
|---|---|---|---|
| | Name | | |

---

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,774.66 | $2,774.66 |
|---|---|---|---|
| **Justin Hayes** | *Check all that apply.* | | |
| **154 Chestnut Street** | ☐ Contingent | | |
| **Adrian, MI 49221** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,104.99 | $2,104.99 |
|---|---|---|---|
| **Richard S. Hinneburg** | *Check all that apply.* | | |
| **7407 Hoagland Hwy** | ☐ Contingent | | |
| **Britton, MI 49229** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.14**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,676.53 | $6,676.53 |
|---|---|---|---|
| **Daniel M. Hofbauer Jr.** | *Check all that apply.* | | |
| **3203 Plainview Court** | ☐ Contingent | | |
| **Adrian, MI 49221** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number (if known) | 24-10664 |
|---|---|---|---|---|
| | Name | | | |

---

**2.15** Priority creditor's name and mailing address

**Jeremy T. Malone**
**869 Addison Street**
**Adrian, MI 49221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,925.78    $1,925.78

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions); employment ended 04/11/24.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

**Steven Martinez**
**7458 Tuttle Hwy**
**Morenci, MI 49256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,784.55    $2,784.55

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

**Michael A. Miller**
**3817 N Adrian Hwy**
**Adrian, MI 49221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,421.20    $1,421.20

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number (if known) | **24-10664** | |
|---|---|---|---|---|---|
| | Name | | | | |

**2.18** Priority creditor's name and mailing address

**Barry Mohr**
**3156 Townline Hwy**
**Adrian, MI 49221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,794.70  $1,794.70

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.19** Priority creditor's name and mailing address

**Reymundo J. Orozco**
**140 N McKenzie Street**
**Adrian, MI 49221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,002.38  $2,002.38

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address

**Maureen Packard**
**7835 Morey Hwy**
**Hudson, MI 49247**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,083.54  $1,083.54

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Committees'
Exhibit
**3**
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number (if known) | **24-10664** | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,654.37 | $1,654.37 |
|---|---|---|---|---|

**2.21** Priority creditor's name and mailing address
**Jonathan Shawver**
**727 E Michigan Street**
**Adrian, MI 49221**

As of the petition filing date, the claim is: $1,654.37    $1,654.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
**Joe Six**
**814 S Main Street, Apt 4G**
**Adrian, MI 49221**

As of the petition filing date, the claim is: $1,707.09    $1,707.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions); employment ended 04/11/24.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.23** Priority creditor's name and mailing address
**Joe Six**
**814 S Main Street, Apt 4G**
**Adrian, MI 49221**

As of the petition filing date, the claim is: $95.39    $95.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Reimbursement expense paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024; employment ended 04/11/24.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number (if known) | **24-10664** | |
|---|---|---|---|---|---|
| | Name | | | | |

**2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,230.77** | **$4,230.77**

**Matthew Sussex**
**6404 Pockington Road**
**Britton, MI 49229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,961.54** | **$3,961.54**

**Jason M. Thompson**
**12001 Sims Hwy**
**Morenci, MI 49256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,361.50** | **$3,361.50**

**Leo Townsend**
**546 Company Street**
**Adrian, MI 49221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Committees'
Exhibit
**3**
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number (if known) | **24-10664** | |
| | Name | | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,627.50** | **$1,627.50** |
| | **Mark Valdez** | Check all that apply. | | | |
| | **822 Hoch Avenue** | ☐ Contingent | | | |
| | **Adrian, MI 49221** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |

| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** | | | |

| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,262.00** |
| | **Acuative Corporation** | ☐ Contingent | |
| | **8237 Dow Circle** | ☐ Unliquidated | |
| | **ATTN:  Sharon Eckhardt** | ☐ Disputed | |
| | **Strongsville, OH 44136** | Basis for the claim:  Network service provider; balances due from | |
| | Date(s) debt was incurred  12/04/2023 - 03/26/2024 | 12/04/2023 - 03/26/2024 | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,602.01** |
| | **Advantage Electric Services LLC** | ☐ Contingent | |
| | **2238 Traversefield Drive** | ☐ Unliquidated | |
| | **Traverse City, MI 49686** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,084.82** |
| | **Air Center** | ☐ Contingent | |
| | **1201 E Whitcomb Avenue** | ☐ Unliquidated | |
| | **Madison Heights, MI 48071** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,410.46** |
| | **Airgas USA LLC** | ☐ Contingent | |
| | **6055 Rockside Woods Blvd.** | ☐ Unliquidated | |
| | **Independence, OH 44131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number (if known) | **24-10664** |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** Nonpriority creditor's name and mailing address

**Big C Lumber Co., Inc.**
**PO Box 176**
**Granger, IN 46530**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$951.98

---

**3.6** Nonpriority creditor's name and mailing address

**Bioworks Energy, LLC**
**P.O. BOX 773**
**Grand Blanc, MI 48480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$56,533.30

---

**3.7** Nonpriority creditor's name and mailing address

**Bohl Equipment Company**
**534 W. Laskey Road**
**Toledo, OH 43612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$6,942.87

---

**3.8** Nonpriority creditor's name and mailing address

**Brint Electric Inc.**
**7825 W Central Avenue**
**Toledo, OH 43617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$25,100.89

---

**3.9** Nonpriority creditor's name and mailing address

**Butzel Long PC**
**Attorney Frederick A Berg**
**150 W Jefferson Avenue, Suite 100**
**Detroit, MI 48226**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for Debtor in pending court action: Gunnin et al v. Crimson Holdings, LLC, US District Court for Eastern District of Michigan; Case No. 23-11392**

Is the claim subject to offset? ■ No  ☐ Yes

$80,804.71

---

**3.10** Nonpriority creditor's name and mailing address

**CEM Corporation**
**3100 Smith Farm Road**
**Matthews, NC 28104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$5,466.04

---

**3.11** Nonpriority creditor's name and mailing address

**David Cerqua**
**5993 County Road A**
**Brooklyn, WI 53521**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note dated 11/28/2021 and amended on 04/26/2023 assigning note to the David Cerqua Living Trust**

Is the claim subject to offset? ■ No  ☐ Yes

$200,000.00

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | 24-10664 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,339.39 |
|---|---|---|---|

**Chem Treat**
5640 Cox Road
Glen Allen, VA 23060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,717.55 |
|---|---|---|---|

**Chem/Serv Inc.**
1301 115th Avenue NW
Coon Rapids, MN 55448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Citizens Gas Fuel Company**
127 N Main Street
ATTN:  Cindy Billington
Adrian, MI 49221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY:  Utilites are current; creditor requested to be on matrix**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 |
|---|---|---|---|

**Current Electric Motor Supply Inc.**
777 S Wagner Road
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $646.47 |
|---|---|---|---|

**DBI**
912 E Michigan Avenue
Lansing, MI 48912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,115.73 |
|---|---|---|---|

**Dean Boiler Inc.**
1824 3-Mile Road NW
Grand Rapids, MI 49544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Attorney Dylan Ross Denslow**
**General Counsel**
c/o CSC Leasing Company
6802 Paragon Place, Suite 350
Richmond, VA 23230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY:  General Counsel for CSC Leasing Company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | **24-10664** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**Digested Organics LLC**
**14601 Keel Street**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,890.26**

---

**3.20** | Nonpriority creditor's name and mailing address

**Drury Brothers**
**11950 E Newburg Road**
**Durand, MI 48429**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (POC#2)**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,836.80**

---

**3.21** | Nonpriority creditor's name and mailing address

**Ecolab Food & Beverage**
**PO Box 70343**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,605.32**

---

**3.22** | Nonpriority creditor's name and mailing address

**Ecolab Inc**
**Pest Eliminaton Division**
**26252 Network Place**
**Chicago, IL 60673-1262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,620.90**

---

**3.23** | Nonpriority creditor's name and mailing address

**Environmental & Disposal**
**Management**
**1900 Stephenson Highway, Suite 100**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/utility**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,699.20**

---

**3.24** | Nonpriority creditor's name and mailing address

**ERC Associates LLC**
**2824 Lakeside Drive**
**Stanton, MI 48888**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,700.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**Fasco Employment Inc**
**995 S. Main Street, Suite D**
**Adrian, MI 49221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Temp Agency fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$152,036.32**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | **24-10664** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Ferrellgas Propane**
7777 Old M-78
East Lansing, MI 48823

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$704.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Larry Grab**

Date(s) debt was incurred **11/27/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note dated 11/27/2021**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Grainger**
100 Grainger Parkway
Lake Forest, IL 60045

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$16,836.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Ron Grienpentrog**
105 Vince Street
Pardeeville, WI 53954

Date(s) debt was incurred **11/27/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Promissory Note dated 11/27/2021**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Tammy Gunnin**
**Dan and Diana Mueller**
c/o Attorney David R. Dubin
2723 S. State Street, Suite 150
Ann Arbor, MI 48104

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$1,000,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Proposed Settlement Agreement in the Tammy Gunnin and Dan and Diana Muller, et al v Crimson Holdings LLC, Eastern District of Michigan-Southern Division, Case No. 4:23-cv-11392-SDK-EAS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Heritage Crystal Clean LLC**
2175 Point Blvd, Suite 375
Elgin, IL 60123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$789.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
**HOH Water Technology**
1013 Rig Street
Walled Lake, MI 48390

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$43,094.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | 24-10664 |
|--------|--------------------------|------------------------|----------|
|        | Name |  |  |

---

**3.33** | Nonpriority creditor's name and mailing address

**Kline Process Systems Inc.**
625 Spring Street, SUite 200
Reading, PA 19610

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,693.07**

---

**3.34** | Nonpriority creditor's name and mailing address

**Krieghoff Lenawee Co.**
1610 E Maumee Street
Adrian, MI 49221

Date(s) debt was incurred **2023/2024**

Last 4 digits of account number **1729**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt/construction expense on; Claim of Lien dated 04/09/2024**

Is the claim subject to offset? ■ No ☐ Yes

**$34,560.00**

---

**3.35** | Nonpriority creditor's name and mailing address

**Laibe Electric**
26440 Southpoint Road
Perrysburg, OH 43551

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$32,348.00**

---

**3.36** | Nonpriority creditor's name and mailing address

**Madison Street Holdings LLC**
**AGET Manufacturing Company**
1408 Church Street
Adrian, MI 49221

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$865.80**

---

**3.37** | Nonpriority creditor's name and mailing address

**Marriott Walker Corp**
700 E Maple Road, Suite 400
Birmingham, MI 48009

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,554.29**

---

**3.38** | Nonpriority creditor's name and mailing address

**Membrane Process & Controls Inc.**
922 N 3rd Avenue
Edgar, WI 54426

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$70,000.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**Morgan Wood Products**
9761 Fairway Drive
Powell, OH 43065

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,450.00**

---

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | 24-10664 |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address
**Motion Industries**
7562 Street
Route 66 N
Defiance, OH 43512

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$46.75

---

**3.41** | Nonpriority creditor's name and mailing address
**Omni Integrated Solurtions**
23436 Breckler Road
Defiance, OH 43512

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,383.21

---

**3.42** | Nonpriority creditor's name and mailing address
**Overhead Inc.**
**ATTN: Michael Huss**
340 New Towne Square Drive
Toledo, OH 43612

Date(s) debt was incurred **01/22/2024**

Last 4 digits of account number **0901**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt; commercial door services performed (POC#1)**

Is the claim subject to offset? ■ No ☐ Yes

$899.00

---

**3.43** | Nonpriority creditor's name and mailing address
**PerkinElmer US, LLC**
710 Bridgeporte Avenue
Shelton, CT 06484-4794

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,776.00

---

**3.44** | Nonpriority creditor's name and mailing address
**Steven Randall**
7335 Meadow Valley Road
Middleton, WI 53562

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note dated 11/29/2021**

Is the claim subject to offset? ■ No ☐ Yes

$250,000.00

---

**3.45** | Nonpriority creditor's name and mailing address
**Ricoh USA Inc**
300 Eagleview Blvd, Suite 200
Exton, PA 19341

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$317.98

---

**3.46** | Nonpriority creditor's name and mailing address
**RJ Leasing Company**
Attn: J. Phillips
920 Simon Drive
Farley, IA 52046

Date(s) debt was incurred **11/29/2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Promissory Note dated 11/29/2021**

Is the claim subject to offset? ■ No ☐ Yes

$250,000.00

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | **24-10664** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,682.61 |
|---|---|---|---|

**Shambaugh & Son LP**
**ATTN: Angie Perkey**
**PO Box 1287**
**Fort Wayne, IN 46801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Angela Sheskey**
**PO Box 258096**
**Madison, WI 53725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/27/2021**

Basis for the claim: **Unsecured Promissory Note dated 11/27/2021**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,670.00 |
|---|---|---|---|

**Sieler Construction Inc.**
**11119 East US Hwy 223**
**Blissfield, MI 49228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.75 |
|---|---|---|---|

**Stericycle Inc.**
**2355 Waukegan Road**
**Bannockburn, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,740.00 |
|---|---|---|---|

**Tuthill Farms & Composting Inc.**
**10505 Tuthill Road**
**South Lyon, MI 48178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt; no longer uses service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,705.19 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,782.39 |
|---|---|---|---|

**Unifirst Corporation of Jackson**
**2300 East High Street**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                  Schedule E/F: Creditors Who Have Unsecured Claims

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | Case number (if known) | **24-10664** |
|---|---|---|---|
| | Name | | |

---

**3.54** Nonpriority creditor's name and mailing address

**VAC Health PC**
**(Worksphere)**
**5449 S. Occidental Hwy**
**Tecumseh, MI 49286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$642.00**

---

**3.55** Nonpriority creditor's name and mailing address

**VanErt's LLC**
**1506 Suttan Road**
**Adrian, MI 49221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,148.00**

---

**3.56** Nonpriority creditor's name and mailing address

**WBA Laboratories**
**3609 Johnson Road**
**Springdale, AR 72762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,973.00**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | **Acuative Corporation**<br>**c/o TenFour**<br>**695 US RT 46 West, #305**<br>**Fairfield, NJ 07004** | Line  **3.1** <br><br>☐ Not listed. Explain ____ | _ |
| **4.2** | **Attorney Frederick A. Berg**<br>**Butzel Long**<br>**150 W. Jefferson, Suite 100**<br>**Detroit, MI 48226** | Line  **3.30** <br><br>☐ Not listed. Explain ____ | **Attorneys for Crimson Holdings** |
| **4.3** | **Citizens Gas Fuel Company**<br>**127 N Main Street**<br>**ATTN:  Joseph Lucey**<br>**Adrian, MI 49221** | Line  **3.14** <br><br>☐ Not listed. Explain ____ | _ |
| **4.4** | **Citizens Gas Fuel Company**<br>**127 N Main Street**<br>**ATTN:  Rebecca Gramling**<br>**Adrian, MI 49221** | Line  **3.14** <br><br>☐ Not listed. Explain ____ | _ |
| **4.5** | **Attorney David R. Dubin**<br>**2723 S. State Street, Suite 150**<br>**Ann Arbor, MI 48104** | Line  **3.30** <br><br>☐ Not listed. Explain ____ | **david.dubin@dubinlawpllc.com** |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

Committees'
Exhibit
3
6-14-2024

| Debtor | **Crimson Holdings LLC** | | Case number (if known) | **24-10664** |
|--------|--------------------------|--|------------------------|--------------|
| | Name | | | |

| | | | |
|--|--|--|--|
| **5a. Total claims from Part 1** | 5a. | $ | 65,989.49 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,986,807.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,052,797.30 |

Committees'
Exhibit
3
6-14-2024

Fill in this information to identify the case:

Debtor name  **Crimson Holdings LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known)  **24-10664**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for network services; term ends 12/2024.** | |
| | State the term remaining | **9 months** | **Acuative Corporation**<br>**Attn: Sharon Eckhardt** |
| | List the contract number of any government contract | **N/A** | **8237 Dow Circle**<br>**Strongsville, OH 44136** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Managed IT Services agreement** | |
| | State the term remaining | **N/A** | **Applied Tech** |
| | List the contract number of any government contract | **N/A** | **6662 Ronald Reagan Avenue**<br>**Madison, WI 53704** |

Committees'
Exhibit
3
6-14-2024

Debtor 1   **Crimson Holdings LLC**
　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*   **24-10664**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master lease agreement #2023052 executed on various dates fram 05/19/2023 through 02/01/2024 with Schedules A thru I identifying various leased equipment including Scrubber and Pelletizer; also includes several semi-trailers located at the Crimson facility and at Sam's Truck & Repair; Semi-trailers are titled in Ovalnnovations, LLC name with CSC Leasing Company as lien holder.** | |
| | State the term remaining | **N/A** | **CSC Leasing Comapny** |
| | List the contract number of any government contract | **N/A** | **6802 Paragon Place, Suite 350 Richmond, VA 23230** |

| | | | |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Environmental Indeminification Agreement dated 11/30/2021 between Dairy Farmers of America Inc and Crimson Holdings LLC** | |
| | State the term remaining | **N/A** | **Dairy Farmers of America, Inc.** |
| | List the contract number of any government contract | **N/A** | **1405 N. 98th Street Kansas City, KS 66111** |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Side Agreement dated 11/30/2021 between Dairy Farmers of America Inc and Crimson Holdings LLC** | |
| | State the term remaining | **N/A** | **Dairy Farmers of America, Inc.** |
| | List the contract number of any government contract | **N/A** | **1405 N. 98th Street Kansas City, KS 66111** |

Official Form 206G　　　　Schedule G: Executory Contracts and Unexpired Leases

Committees'
Exhibit
3
6-14-2024

Debtor 1  **Crimson Holdings LLC**
    First Name          Middle Name          Last Name

Case number *(if known)*  **24-10664**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment and Modification Agreement dated 12/03/2021 between Norfolk Southern Railway Company ("the Railway"), Dairy Farmers of America Inc., (Assignor) and Crimson Holdings LLC (Assignee); land lease betwee railway and Crimson Holdings for use of real property located at D-58.73 in Adrian, Lenawee County, MI, having an area of 0.67 acres,more or less (Premises); for railway use.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Norfolk Southern Railway Company** |
| | List the contract number of any government contract | **N/A** | **650 W Peachtree Street NW**<br>**Atlanta, GA 30308** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Manufacturing Agreement dated 11/30/2021 between Crimson Holdings LLC and OvaInnovations LLC to manufacture materal into a dried finished good. Term of Agreement begins 12/01/2021 and ends 12/31/2024.** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **OvaInnovations, LLC**<br>**c/o David Rettig** |
| | List the contract number of any government contract | **N/A** | **316 W Washington Avenue, Suite 500A**<br>**Madison, WI 53703** |

Official Form 206G

Schedule G: Executory Contracts and Unexpired Leases

Committees'
Exhibit
3
6-14-2024

Debtor 1   **Crimson Holdings LLC**  
First Name     Middle Name      Last Name

Case number (*if known*)   **24-10664**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Utilization Agreement (TUA) executed on 06/20/2023 for Project #: PJ-P280305 v.1 for a PS600 Series Electrochemical Generation System, 36 month term, invoiced monthly.** | |
| | State the term remaining | **26 months** | **PathoSans Technologies** |
| | List the contract number of any government contract | **N/A** | **100 W Lake Drive**<br>**Glendale Heights, IL 60139** |

Committees'
Exhibit
3
6-14-2024

Fill in this information to identify the case:

Debtor name **Crimson Holdings LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WISCONSIN**

Case number (if known) **24-10664**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Anada Inc.** | **c/o David Rettig**<br>**316 W Washington Avenue, Suite 500A**<br>**Madison, WI 53703** | **IsoNova Technologies LLC** | ■ D   **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **OvaInnovations, LLC** | **c/o David Rettig**<br>**316 W Washington Avenue, Suite 500A**<br>**Madison, WI 53703** | **Dairy Farmers of America, Inc.** | ■ D   **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **OvaInnovations, LLC** | **c/o David Rettig**<br>**316 W Washington Avenue, Suite 500A**<br>**Madison, WI 53703** | **IsoNova Technologies LLC** | ■ D   **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Acuative Corporation** | **c/o TenFour**<br>**695 US RT 46 West, #305**<br>**Fairfield, NJ 07004** | **Acuative Corporation** | ☐ D ____<br>☐ E/F ____<br>■ G   **2.1** |

Committees'
Exhibit
3
6-14-2024

---

**Fill in this information to identify the case:**

Debtor name  **Crimson Holdings LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF WISCONSIN**

Case number (if known)  **24-10664**

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ☐ Operating a business<br>**Disregarded; entity passed through**<br>■ Other  **Anada Inc.** | **$0.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>**Disregarded; entity passed through**<br>■ Other  **Anada Inc.** | **$0.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>**Disregarded; entity passed through**<br>■ Other  **Anada Inc.** | **$0.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or t~~ ...~~<br>Check all that apply |
|---|---|---|---|

Committees'
Exhibit
3
6-14-2024

Debtor **Crimson Holdings LLC**      Case number *(if known)* **24-10664**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Acuative Corporation** <br> **8237 Dow Circle** <br> **Strongsville, OH 44136** | **January 2024** | **$12,502.58** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Utility payment for Debtor's IT Network service** |
| 3.2. | **City of Adrian** <br> **135 E. Maumee Street** <br> **ATTN: Utilities Office** <br> **Adrian, MI 49221** | **January 2024 = $1000.00; March 2024 = $19,953.58 for 1st half of 2023 real estate taxes** | **$20,953.58** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Property taxes** |
| 3.3. | **Bioworks Energy, LLC** <br> **P.O. BOX 773** <br> **Grand Blanc, MI 48480** | **Janaury 2024** | **$16,833.10** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Utility service** |
| 3.4. | **Citizens Gas Fuel Company** <br> **127 N Main Street** <br> **PO Box 40** <br> **Adrian, MI 49221** | **January, February, and March 2024 (3 accounts)** | **$56,402.86** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Utility expenses for 3 accounts** |
| 3.5. | **City of Adrian** <br> **135 E. Maumee Street** <br> **ATTN: Utilities Office** <br> **Adrian, MI 49221** | **January, February, and March 2024** | **$109,022.99** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Utilities** |
| 3.6. | **Consumers Energy** <br> **1 Energy Plaza** <br> **Jackson, MI 49201** | **January, February, and March 2024 (3 accounts)** | **$105,897.16** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Utility expenses for 3 accounts** |
| 3.7. | **Environmental & Disposal Management** <br> **1900 Stephenson Highway, Suite 100** <br> **Troy, MI 48083** | **January and February 2024** | **$29,316.71** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Waste disposal services** |

Committees' Exhibit
3
6-14-2024

Debtor **Crimson Holdings LLC**　　　　　　　　　　　　　　Case number *(if known)* **24-10664**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Republic Services** **1627 Parr Hwy** **Adrian, MI 49221** | January, February and March 2024 | $10,879.28 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☑ Other **Waste removal/garbage service** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:　Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Tammy Gunnin and Dane and Diana Mueller, et al v Crimson Holdings, LLC** **Case No.** **4:23-cv-11392-SDK-EAS** | **Class Action suit** | **Eastern District of MI Southern Division Federal Building and U.S Courthouse 600 Church Street, ROom 125 Flint, MI 48502** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **City of Adrian Michigan v. Crimson Holdings, LLC** **22AC000357** | **Judgment of Responsibility/Injunctive Relief** | **State of Michigan 2-A Dist Court for the County of Lenawee 425 N Main Street, 1st Floor Adrian, MI 49221** | ☐ Pending ☐ On appeal ☑ Concluded |

Committees' Exhibit 3 6-14-2024

Debtor    **Crimson Holdings LLC**    Case number *(if known)* **24-10664**

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Daily Bread of Lenawee Soup
302 S Tecumseh Street
Adrian, MI 49221** | **Monetary donations to local soup
kitchen:
June 2023=$5000; July 2023=$5000;
January 2024=$2000; February
2024=$1000; March 2024=$1000; April
2024=$1000** | **Described
above** | **$15,000.00** |

Recipients relationship to debtor
**NONE**

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and
how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property
lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for
example, from insurance, government compensation, or
tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule
A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received
the transfer?
Address | If not money, describe any property transferred | Dates | Total amount or
value |
|---|---|---|---|---|
| 11.1. | **Krekeler Law SC
26 Schroeder Court, Suite 300
Madison, WI 53711** | **04/08/2024 = $6741.25** | **04/08/2024** | **$6,741.25** |

Email or website address

Who made the payment, if not debtor?

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Committees'
Exhibit
3
6-14-2024

Debtor  **Crimson Holdings LLC**                               Case number *(if known)* **24-10664**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

◼ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

◼ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

◼ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

◼ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

◼ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

◼ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Committees'
Exhibit
3
6-14-2024

Debtor **Crimson Holdings LLC**                    Case number *(if known)* **24-10664**

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Dakota National Bank Loft Advisors 202 N Main Avenue, Suite 201 Sioux Falls, SD 57104** | XXXX-0390 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **First Dakota National Bank - Checking acct#111030390 closed on 04/12/2024; all funds transferred to BMO Bank NA, DIP Account no. xxx5071 on 04/16/2024** | $43,144.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Spectrum Warehousing LLC 21010 Trolley Industrial Drive Taylor, MI 48180** | Dan Hofbauer, VP, Operations & Supply Chain for Crimson Holdings, LLC | Currently warehouse is empty | ☐ No ■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Committees' Exhibit 3 6-14-2024

Debtor  **Crimson Holdings LLC**                                    Case number *(if known)*  **24-10664**

---

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐  No.

■  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Tammy Gunnin and Dan and Diana Mueller v. Crimson Holdings, LLC USDC Eastern District of Mich. Case No. 4:23-cv-11392-SDK-EAS USDC Eastern MI-Case No 4:23-CV-11392** | **US District Court Eastern District of Michigan (Flint) 231 W Lafayette Blvd Detroit, MI 48226** | **Cause: 28:1332 Diversity-Torts to Land** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐  No.

■  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Crimson Holdings LLC 1336 E Maumee Street Adrian, MI 49221** | **Dept of Environment, Great Lakes, and Energy 301 East Louis Glick Highway Jackson, MI 49201-1556** | **Rule/Permit Condition Violated: R 336.1901(b)** | **07/21/2022** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.

☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | Date of service<br>From-To |
|---|---|

Official Form 207                     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Committees' Exhibit
3
6-14-2024

Debtor   **Crimson Holdings LLC**                                                 Case number *(if known)* **24-10664**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Frost PLLC**<br>         **425 West Capitol, Suite 3300**<br>         **Little Rock, AR 72201** | **2021 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **See attached names of entities that**
         **a Non-disclosure finance statement**
         **may have been issued**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Committees'
Exhibit
3
6-14-2024

Debtor  **Crimson Holdings LLC**                                    Case number *(if known)*  **24-10664**

Name of the parent corporation                                **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

◼ No

☐ Yes. Identify below.

Name of the pension fund                                       **Employer Identification number of the pension fund**

Committees'
Exhibit
3
6-14-2024

In re  **Crimson Holdings LLC**                                                    Case No.  **24-10664**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
### Attachment A

### Attachment A

**26.d. – List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor may have issued a financial statement within 2 years before filing this case:**

BMO Harris Bank
Vault Equity Capital
Access Business Finance
Ackerman Group
Addition
Advantage
Ag Development Group Mid Iowa Co-Op
Balance Point
Borealis
Blue Stem Capital
Bridgepoint Credit Advisors UK Ltd
BSM Partners
C6
Calitus Partners
Camber Rd
Capital Alignment Partners
Capital Source Group
Choice Banking
CK Nutrition
Comerica
Compeer Financial
Dairy Farmers of America
Durbin Associates
Essential Properties Realty Trust
Farnam Financial
Farragut Capital Partners
Forefold Industries
GEM
Genesis Park
Gibraltar Business Capital
Goldman Sachs
Highland Bank
JP Morgan Investment Management
Kemin
Kerry
KeyBank
Kinnetz
Lewis & Clark
Liberty Commercial Finance
Lincoln International
Manufactured Networks
Midwest Growth Partners
Netzro

Committees'
Exhibit
3
6-14-2024

Newmark
Nicolet Bank
Northview Capital
Owens Investors
OY6
Paine Schwartz
PNC Commercial Banking
Pondera
Ritalia Funding
Rosewood Private Equity
RSM
Rural Works
Samuel Cole
Wave
Veos
Trinity Capital
Tradition Bank
Star Mountain
SouthStar Capital

Committees'
Exhibit
3
6-14-2024

**Part 14:  Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 24, 2024**               **CRIMSON HOLDINGS, LLC**
                                                 **By:  ANADA, INC., Sole Member**


By:_____

**David Rettig**

_____                 Printed name
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Committees'
Exhibit
3
6-14-2024

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Wisconsin

In re __Crimson Holdings LLC__                                      Case No. __24-10664__
                                              Debtor(s)             Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $    **300.00/hr for Kristin J. Sederholm**

   Prior to the filing of this statement I have received _____ $    **6,741.25**

   Balance Due _____ $    **300.00/hr for Kristin J. Sederholm**

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_4/24/2024_
*Date*

**Kristin J. Sederholm/1001895**
*Signature of Attorney*
**Krekeler Law, S.C.**
**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
**608-258-8555   Fax: 608-258-8299**
**ksederho@ks-lawfirm.com**
*Name of law firm*

Committees' Exhibit
3
6-14-2024